UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mesgim Haljuci

26 CV 1424

Write the full name of each plaintiff.

No. ____________
(To be filled out by Clerk's Office)

-against-

Supreme court of the State of NewYork County of Westchester, Yonkers Police Department Precinct 1

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes ☐ No

2026 FEB 19 PM 4:10
RECEIVED
SDNY PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights illegal search and no bail

☑ Other: Maliciousprosecution, Police Brutality, physcological damage financial ruin, job loss

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Mergim ________ Halilucí

First Name Middle Initial Last Name

______________________________

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

0000215618

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

westchester County Jail

Current Place of Detention

westchester County Jail PO Box 10

Institutional Address

Valhalla NY 10595

County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: ______________________________

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: Sean McCormack
First Name Last Name Shield #

Detective
Current Job Title (or other identifying information)

104 South Broadway
Current Work Address

Yonkers NY 10701
County, City State Zip Code

Defendant 2: Susan Capeci
First Name Last Name Shield #

Supreme court justice judge
Current Job Title (or other identifying information)

111 Dr. Martin Luther King, Jr. Boulevard
Current Work Address

white plains NY
County, City State Zip Code

Defendant 3:
First Name Last Name Shield #

District Attorney
Current Job Title (or other identifying information)

111 Dr. Martin Luther King, Jr. Boulevard
Current Work Address

white plains NY
County, City State Zip Code

Defendant 4: Vasquez
First Name Last Name Shield #

D.V. unit
Current Job Title (or other identifying information)

Current Work Address

Yonkers NY 10701
County, City State Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Yonkers Police Department and Westchester County Supreme Court

Date(s) of occurrence: 10/16/25 10/20/25

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Yonkers police illegally detained me on 10/15/25 out of there juristiction they then fabricated arrest warrants on 10/16/25 to justify it, my cellphone was in my personal items bag that is soposed to go to the jail with me when I refused to speak to detectives they took the phone out of my personal items bag, they provided no reciept no warrant and they pretended they didn't know it was taken, 4 months later I still have not seen proper warrants for my phone, car, or home Yonkers Police and the DA have went through my entire phone and is using text and videos against me to take me to trial illegally on top of violating my privacy my first Lawyer Kimberly said they have videos of me and my wife having sex it's a complete privacy violation, they also took my reolink storage box and tv from my apartment and 2 sets of house keys from my car so they can enter my apartment and did not provide reciepts or provide the search warrant, on top of all this I have been denied bail for no good reason 10 years I havnt been in any trouble not even a parking ticket and the ADA claim of being a flight risk is insane I am born raised and bred in america and have never lived outside the USA and have 2 jobs a wife

and 4 beautiful babies that depend on me, the Detective and assistant district attorney broke laws violated my rights and the judge who is sopposed to uphold my rights let it happen, the Police also went inside rooms owned by the condominium like the office and shop and they took a camera off the outside wall again with no warrants, the police also punched kicked me and grabbed my genitals so hard I hopped, I was scared for my life, they enhanced the charges based on statement from my

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Severe mental damage psycological damage to me and my wife and children and Financial damage, job loss, due to all the trauma I had to take medication for the first time in my life called bosbar, I tried to speak to someone but its jail not so private makes me uncomfortable, wife kids want to see me the court wont let them kids think I abandoned them

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

Due to the mental psycological and Financial damage Im asking for 4.2 million dollars and for the responsible parties to actualy be held accountable for there abuse of power so it doesnt happen to others in the future

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

2/10/26 — Dated

Mergim Haljuci — Plaintiff's Signature

Mergim — First Name

Middle Initial

Haljuci — Last Name

P.O. BOX 10 — Prison Address

Valhalla — County, City

NY — State

10595 — Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 2/11/26

Facts: wife who according to the doctor was not capable or aware of what she was doing or saying. Police made/coerced her into signing a Hippa and making a statement in that condition a few weeks later my wife had told family she doesnt remember signing or making such a statement and it isnt true but then she was threatened with our 4 babies to be taken away if she tried to make a real statement because Im detained I cannot due proper work on this case Im asking for a case which will help me get a Lawyer so further work can be done

Mergim Haljuci
10 Woods Road
Valhalla, NY, 10595

CERTIFIED MAIL

9589 0710 5270 3534 4157 36

FIRST-CLASS

US POSTAGE IMI PITNEY

ZIP 10595
02 7H
0006193888

$ 010

FEB 1

USM SDNY P3

Pro-SE INTake Unit
500 Pearl Street
New York, NY, 10007

RECEIVED
SDNY PRO SE OFFICE
2026 FEB 19 PM 3:53