UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MERGIM HALJUCI,

Plaintiff,

-against-

SEAN MCCORMACK, Detective;
VASQUEZ, D.V. Unit;
CITY OF YONKERS,

Defendants.

------------------------------------------------------------x

**ORDER**

26 Civ. 1424 (JGLC) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

This order memorializes the deadlines set and the orders issued at the July 16, 2026 telephonic status conference in this matter:

(1) The deadline for Plaintiff to amend the pleadings or join additional parties was extended to **July 31, 2026**.

(2) By **August 17, 2026**, Defendants must produce the requested personnel records, from the period beginning five years prior to Plaintiff's arrest through the date of his arrest, relating to civilian complaints against Officers McCormack, Vasquez, and Castillo.

(3) The deadline for completion of non-expert depositions was extended to **September 21, 2026**.

(4) Pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, Defendants must obtain leave of the Court to take Plaintiff's deposition if he remains incarcerated at the time of the deposition. Counsel may do this by submitting a proposed order to the Court via the Electronic Case Filing system.

(5) A telephonic status conference before Magistrate Judge Krause was scheduled for **Tuesday, September 8, 2026 at 10:00 a.m.** To access the teleconference, please follow these directions: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound, followed by pound again (##) to enter the teleconference as a guest. Should any party experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

**Counsel for Defendants must make arrangements with the appropriate correctional facility to have *pro se* Plaintiff available via telephone for the September 8, 2026 status conference.**

The Clerk of Court is directed to mail a copy of this Order to *pro se* Plaintiff.

Dated: July 20, 2026
White Plains, New York

**SO ORDERED.**

Andrew Krause

ANDREW E. KRAUSE
United States Magistrate Judge