Matthew I. Gallagher
Corporation Counsel for the City of Yonkers
40 South Broadway
City Hall, Room 300
Yonkers, New York 10701
By: Lowell Siegel (LS 5200)
Associate Corporation Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MERGIM HALJUCI,

Plaintiff,

-against-

SEAN MCCORMACK, Detective;
VASQUEZ, D.V. Unit; CITY OF YONKERS.

Defendants.
-----------------------------------------------------------------------X

**ORDER**

26 CV 1424

IT IS HEREBY ORDERED that plaintiff, MERGIN HALIJUCI, 0000215618, appear in such place as designated by the Superintendent or other official in charge of Westchester County Department of Corrections so that his deposition may be taken on September 1, 2026, at 2:00 p.m.

Dated: White Plains, New York
July 23, 2026

*[signature]*

ANDREW E. KRAUSE
United States Magistrate Judge