MIKE SPANO
MAYOR

MATTHEW I. GALLAGHER
CORPORATION COUNSEL

CITY OF YONKERS
DEPARTMENT OF LAW

CITY HALL ROOM 300
40 SOUTH BROADWAY
YONKERS, NEW YORK 10701-3883
(914) 377-6240

September 2, 2026

***via ECF***
US Magistrate Honorable Andrew E. Krause
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**Re: Haljuci, Mergim v City of Yonkers, et al**
**Case No.: 7:26-cv-01424-JGLC-AEK**
**Index No.: 26 CV 1424**

Dear Honorable Kraus:

This office represents the City of Yonkers in the above matter.

Pursuant to the Court's directives, our office filed a Notice of Appearance on August 18, 2026 indicating that our office will represent all defendants in this matter.

Please be advised that as of today, September 2, 2026, Defendants Edwin Castillo and Anthony Saline have not been served with the Amended Complaint in this case. Nevertheless, please allow this letter to confirm that our office agrees to accept service on behalf all defendants and will file our Amended Answer via ECF shortly.

Respectfully,

Lowell Siegel (LS 5200)
Associate Corporation Counsel

cc:
MERGIM HALJUCI, pro se
0000215618
Westchester County Jail
P.O. Box 10
Valhalla, NY 10595