UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

MERGIM HALJUCI,

Plaintiff,

-against-

SEAN MCCORMACK, EDWIN CASTILLO, ANTHONY SALINE, and CITY OF YONKERS,

Defendants.
---------------------------------------------------------------x

**ORDER**

26 Civ. 1424 (JGLC) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court held a status conference on September 8, 2026, at which the following matters were addressed and the following deadlines were set:

(1) Upon receipt of the transcript of Plaintiff's September 1, 2026 deposition from the court reporter, counsel for Defendants (Mr. Siegel) must send the transcript to Plaintiff for his review pursuant to Rule 30(e) of the Federal Rules of Civil Procedure. As set forth in Rule 30(e)(1)(B), "if there are changes in form or substance, [Plaintiff must] sign a statement listing the changes and the reasons for making them." Any changes in form or substance must be provided to Mr. Siegel within 30 days of receipt of the transcript.

(2) By **October 14, 2026**, Mr. Siegel must serve any supplemental interrogatories on Plaintiff.

(3) Mr. Siegel must investigate whether there are any body-worn camera videos or vehicle footage of the incident at issue in this action. By **October 14, 2026**, Mr. Siegel must produce the body-worn camera videos or vehicle footage—should such footage exist—to Plaintiff via an external drive. Mr. Siegel is instructed to direct the mailing to Plaintiff at his

address of record at the Westchester County Jail, c/o RSVP Counselor Ricardo Matthews. Plaintiff must advise Mr. Matthews to expect the mailing.

(4) By **October 14, 2026**, Mr. Siegel must submit a letter to Judge Krause via ECF to confirm (a) either that the supplemental interrogatories were served on Plaintiff or that Defendants decided that no further interrogatories were required; and (b) that the external drive containing any video footage was mailed to Plaintiff.

(5) The Case Management Plan at ECF No. 15 is amended to extend the deadline for the completion of discovery from September 21, 2026 to **November 20, 2026**.

A further telephonic status conference before Magistrate Judge Krause is scheduled for **Thursday, November 5, 2026 at 11:00 a.m.** The parties must be prepared to discuss a schedule for any summary judgment briefing, and whether they are interested in a settlement conference.

To access the teleconference, please follow these directions: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound, followed by pound again (##) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Mr. Siegel must make arrangements with the appropriate correctional facility to have Plaintiff available via telephone.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: September 8, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge