UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MERGIM HALJUCI,

Plaintiff,

-against-

SEAN MCCORMACK, EDWIN CASTILLO, ANTHONY SALINE, and CITY OF YONKERS,

Defendants.
------------------------------------------------------------x

**ORDER**

26 Civ. 1424 (JGLC) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court held a telephonic status conference on November 5, 2026. Plaintiff did not appear. The telephonic status conference is rescheduled for **Monday, November 16, 2026 at 10:00 a.m.** The parties must be prepared to discuss a schedule for any summary judgment briefing, and whether they are interested in a settlement conference.

To access the teleconference, please follow these directions: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound, followed by pound again (##) to enter the teleconference as a guest. Should counsel or any pro se party experience technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Mr. Siegel must make arrangements with the appropriate correctional facility to have Plaintiff available via telephone.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: November 5, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge