UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MERGIM HALJUCI,

Plaintiff,

-against-

SEAN MCCORMACK, EDWIN CASTILLO, ANTHONY SALINE, and CITY OF YONKERS,

Defendants.
-----------------------------------------------------------x

**ORDER**

26 Civ. 1424 (JGLC) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court held a telephonic status conference on November 16, 2026, at which the following matters were addressed and the following deadlines were set:

(1) Plaintiff confirmed on the record that he has received and reviewed his deposition transcript and that no changes are necessary.

(2) Expert discovery is hereby held in abeyance until after Defendants' anticipated motion for summary judgment is decided. If necessary, the Court will set deadlines for expert discovery at that time.

(3) Plaintiff must promptly send Defendants' counsel a letter with: (a) signed copies of the medical record authorization forms previously mailed to him by counsel; and (b) the contact information for his criminal defense attorney. The letter should be addressed to Mr. Lowell Siegel, City of Yonkers, Office of the Corporation Counsel, 40 South Broadway, Suite 300, Yonkers, NY 1070. Upon receipt of the contact information for Plaintiff's criminal defense attorney, Mr. Siegel is directed to reach out to see whether this attorney would be willing to assist Plaintiff with viewing the body-worn camera videos of his arrest in the visitation room of Westchester County Jail. *See* ECF No. 39.

(4) After he has had a chance to confer with his family members, Plaintiff must send Defendants' counsel another letter to provide an update as to whether he is able to access and provide Defendants with a copy of any dashboard camera audio or video footage from the date of the incident.

(5) By December 16, 2026, Defendants must provide an update to the Court regarding the status of Plaintiff's dashboard camera audio or video footage, and the status of communications with Plaintiff's criminal defense attorney regarding his potential facilitation of the viewing of the body-worn camera videos.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: November 17, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge